UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-00926-SHK | Date: | September 6, 2022 |

Title: ***Shalom Barbour, et al. v. State of California, et al.***

---

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

  On June 2, 2022, Plaintiff Shalom Barbour, individually and as a representative of the Estate of Francis Carl Douglas ("Plaintiff") filed a Complaint for Civil Damages ("Complaint"). Electronic Case Filing Number ("ECF No.") 1, Complaint.  The case was assigned to Magistrate Judge Shashi H. Kewalramani under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 12-02.

  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintif was required to serve Defendants with the Complaint by August 31, 2022 and file a proof of service ("POS") confirming that service had been accomplished.  To date, Plaintiff has failed to file a POS or request an extension of time in which to complete service of the Complaint.  Because Plaintiff has not provided the Court with a POS, the Court is unable to determine the deadline for the parties to file statements of consent.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **September 16, 2022** and explain why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge their obligation to respond to this Order to Show Cause by filing the appropriate POS.

  Plaintiff is reminded that for this case to proceed before the assigned Magistrate Judge, the parties must file and serve joint or separate consent form(s), indicating whether each party consents to have a Magistrate Judge preside over this case.  Plaintiff must file the consent form within forty-two days after service of the summons and complaint upon the first-served defendant.  Each defendant must then file the consent form within forty-two days after service

of the summons and complaint upon that defendant. If any of the parties fail to consent to the case proceeding before the assigned Magistrate Judge within the prescribed time, the case will be reassigned automatically to a District Judge.

**IT IS SO ORDERED.**